■ In the Matter of INJAH UNIQUE TAFARI, Appellant, v BRANDI COLLYER, as Supervisor of the Inmate Grievance Program, et al., Respondents. [25 NYS3d 917]—Appeal from an amended judgment of the Supreme Court (Feldstein, J.), entered June 10, 2015 in Franklin County, which, in a proceed-

ing pursuant to CPLR article 78, granted respondents' motion to dismiss the petition.

Petitioner commenced this CPLR article 78 proceeding challenging a determination that restricted the number of grievances that petitioner was permitted to file each week at Upstate Correctional Facility due to his misuse of the inmate grievance program. Supreme Court granted respondents' motion to dismiss the petition as moot and this appeal ensued.

We affirm. The record establishes that, during the pendency of the proceeding, petitioner was transferred to another correctional facility and, as a result, the restriction regarding the filing of grievances by petitioner at Upstate Correctional Facility was lifted. As petitioner was no longer subject to the administrative action that curtailed the number of weekly grievances that he was permitted to file, Supreme Court properly dismissed the petition as moot (*see Matter of Campbell v Fischer*, 105 AD3d 1222, 1222 [2013], *lv denied* 22 NY3d 853 [2013]; *Matter of Patel v New York State Dept. of Correctional Servs.*, 84 AD3d 1668, 1669 [2011]; *Matter of Johnson v Goord*, 289 AD2d 625, 625 [2001], *appeal dismissed and lv denied* 97 NY2d 723 [2002]). We are unpersuaded by petitioner's contention that the matter falls within the exception to the mootness doctrine (*see Matter of Hearst Corp. v Clyne*, 50 NY2d 707, 713 [1980]; *Matter of Johnson v Goord*, 289 AD2d at 625).

McCarthy, J.P., Garry, Rose and Devine, JJ., concur. Ordered that the amended judgment is affirmed, without costs.